NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELCOMMERCE.COM, INC.,**
*Plaintiff-Appellant,*

v.

**SAP AG AND SAP AMERICA, INC.,**
*Defendants-Appellees.*

---

2011-1369

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in case no. 09-CV-4458, Judge Jan E. Dubois.

---

## ON MOTION

---

## ORDER

elcommerce.com, Inc. moves without opposition for a 29-day extension of time, until September 2, 2011, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUL 2 0 2011__                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc:  Christopher R. Benson, Esq.
     Michael A. Morin, Esq.                    **FILED**
                                    **U.S. COURT OF APPEALS FOR**
s21                                    **THE FEDERAL CIRCUIT**

                                    JUL 2 0 2011

                                    **JAN HORBALY**
                                    **CLERK**